TANENBAUM, Appellant, v. WHIFFEN, Respondent. (Supreme Court, Appellate Di-

vision, First Department. February 6, 1903.) Action by Moses Tanenbaum against Thomas B. Whiffen. L. N. Levi, for appellant. O. C. Sommerich, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.